**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHALID ABDULLAH MISHAL AL MUTAIRI, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>UNITED STATES, *et al.*,<br><br>    Respondents. | Civil Action No. 02-828 (CKK) |

**ORDER**
(July 29, 2009)

For the reasons set forth in the Court's Classified Memorandum Opinion issued to the

parties on this date, it is, this 29th day of July, 2009, hereby

**ORDERED** that Petitioner Khalid Abdullah Mishal Al Mutairi's petition for habeas

corpus is GRANTED; it is further

**ORDERED** that the Government is directed to take all necessary and appropriate

diplomatic steps to facilitate the release of Petitioner Al Mutairi forthwith; it is further

**ORDERED** that the Government is directed to comply with any reporting requirements

mandated by the Supplemental Appropriations Act, Pub. L. No. 111-32, 123 Stat. 1859 (2009), if

applicable, to facilitate the release of Petitioner Al Mutairi forthwith; and it is further

**ORDERED** that the relevant agencies shall complete a classification review of the

Court's Classified Memorandum Opinion and shall provide the Court with an Unclassified

version within 48 hours of receiving the Court's Classified Memorandum Opinion.

*This is a Final, Appealable Order.*

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge